**UNITED STATES of America, Plaintiff–Appellee**

**v.**

**Torri Dlena ANDERSON, Defendant–Appellant.**

**No. 13–10628**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 16, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Torri Dlena Anderson, Aliceville, AL, pro se.

Donel Lee Davidson, Don L. Davidson, Attorney–at–Law, Bedford, TX, for Defendant–Appellant.

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Torri Dlena Anderson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Anderson has not filed a response. We have reviewed counsel's

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

To the extent that Ellis's pro se effort to withdraw his plea at sentencing raises a claim of ineffective assistance of counsel, the record is insufficiently developed; we therefore decline to consider it without prejudice to his right to raise it on collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir.2014). We have reviewed counsel's brief, the relevant portions of the record reflected therein, and Ellis's initial letter. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.